## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF MAINE

| | | |
|---|---|---|
| BIGY MASHAKU, et al. | ) | |
| | ) | |
| Plaintiff (s) | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No: 2:25-CV-00055-JCN |
| KRISTI NOEM, in her official capacity, | ) | |
| Secretary, U.S. Department of Homeland | ) | |
| Security, et. al., | ) | |
| | ) | |
| Defendant(s)[1]. | ) | |
| | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, BIGY MASHAKU and CHRISTINE MUHOZA, through the undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against all Defendants in the instant action as Plaintiff MASHAKU's Form I-589 Application for Asylum and Withholding of Removal has been adjudicated.

Date: May 19, 2025

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Homeland Security Kristi Noem automatically substitutes Alejandro Mayorkas, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services Kika Scott substitutes former Director Ur M. Jaddou, and Attorney General of the United States Pamela Bondi substitutes Merrick B. Garland.